UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LESHAWN YOUNG, *on behalf of herself and all other persons similarly situated*,

          Plaintiff,

      v.

MEDIACO HOLDING INC.,

          Defendant.

No. 22-cv-8924 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On October 31, 2022, the Court ordered the parties to meet and confer regarding settlement within 30 days of service of the summons and complaint, and within 45 days, to submit a joint letter requesting either (1) referral to mediation or a magistrate judge, or (2) an initial status conference. On February 22, 2023, the Court granted Defendant's request to extend the answer deadline to April 7, 2023, because the parties represented that they were engaged in settlement discussions. No further activity has taken place on the docket.

    No later than May 5, 2023, the parties shall file a joint letter updating the Court as to the status of this action. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    April 25, 2023
             New York, New York

_____
Ronnie Abrams
United States District Judge